UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 20-02257-DOC-(ADSx) | Date | April 2, 2021 |
|---|---|---|---|
| Title | Justin Smith v. Jay J. Patel, M.D., et al. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Courtroom Clerk

Not Reported
Court Reporter

ATTORNEY IS PRESENT
FOR PLAINTIFF

ATTORNEY IS PRESENT
FOR DEFENDANT

PROCEEDINGS:     SCHEDULING CONFERENCE

    Court and counsel confer outside the presence of the court reporter.   The parties settle the case.

                                                                                2 : 30

Initials of Deputy Clerk     kd