JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SMITH, on behalf of himself and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>JAY J. PATEL, M.D.; JAY J. PATEL, MD, INC.; ORTHOPAEDIC SPECIALTY INSTITUTE MEDICAL GROUP OF ORANGE COUNTY; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:20-cv-02257-DOC (ADSx)<br><br>District Judge David O. Carter<br>Magistrate Judge Autumn D. Spaeth<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL  [52]** |

ORDER GRANTING VOLUNTARY DISMISSAL

## ORDER

Having considered the motion of Plaintiff Justin Smith for voluntary dismissal of this action with prejudice, and the Court having reviewed Plaintiff's motion and submitted Order, it is hereby ordered as follows:

Pursuant to the terms of the Parties' Settlement Agreements, the terms and conditions of which are incorporated herein by reference, and pursuant to the court's own inherent powers under Fed. R. Civ. P. 41(a)(2), the Court hereby retains jurisdiction to enforce the parties' settlement. The parties are hereby ordered to comply with their obligations with respect to all terms and conditions of the Settlement Agreements and any breach of the Settlement Agreements would be a violation of this Court's order. The Court will continue to exercise and has ancillary jurisdiction to enforce the said Settlement Agreements and retains jurisdiction for the purposes of enforcing the terms of the Settlement Agreements.

The case captioned *Justin Smith v. Jay J. Patel, M.D.; Jay J. Patel, M.D., Inc.; Orthopaedic Specialty Institute Medical Group of Orange County; and Does 1 through 50, inclusive*, Case No. 8:20-CV-02257-DOC (ADSx), is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: April 9, 2021

*David O. Carter*
HON. DAVID O. CARTER
United States District Judge